Chambers of

Kim McLane Wardlaw

Circuit Judge

October 6, 2004

RECEIVED

2004 OCT -8 A 11: 39

FINANCIAL DISCLOSURE OFFICE

Ms. Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:  Calendar Year 2003 Filing

Dear Ms. Lisi:

In response to your letter dated August 9, 2004, please find the following responses:

1.  Page 1, lines 9 and 10.  The 2002 report inadvertently omitted that Travelers Property Casualty CRP A and B were received in a stock dividend on August 20, 2002.  The value code for each of the dividends was J.

Page 1, line 13.  The 2003 Report should read:
Time Warner None K T Buy 1/13 K

Page 16, line 282, and page 17, line 290.  The 2003 report should read:
███████ Active Money Trust A Dividend M T Opened 9/10 M

2.  Page 2, line 31.  The 2003 report should read:
███████████ Money Market Fund  A  Interest K T

Ms. Mary M. Lisi, Chair
Judicial Conference of the United States
October 5, 2004
Page 2

Page 5, line 82.  The 2003 report should read:
██████████████████████ Active Asset Money Trust Fund B
Dividend P1 T

Page 13, line 227.  The 2003 report should read:
- ██████████████████████ Liquid Asset Account Trust Fund A
Dividend J T

Page 17, line 295.  The 2003 Report should read:
██████████Money Market Fund B Interest M T

Should you have any questions or need additional information, please do not hesitate to call.

Very truly yours,

███████████████████████████

The Honorable Kim M. Wardlaw
United States Circuit Judge

KMW:ll

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>WARDLAW, KIM M | 2. Court or Organization<br><br>NINTH CIRCUIT COURT OF APPEALS | 3. Date of Report<br><br>5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - ACTIVE | 5. ReportType (check appropriate type)<br><br>◯ Nomination,   Date<br><br>● Initial   ◉ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. COURT OF APPEALS<br>125 S. GRAND AVE.<br>PASADENA, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 2. | Board of Trustees | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 3. | Director | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE

Jun 15 11 50 AM '04

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WARDLAW, KIM M | 5/15/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. (IRA) | D | Div/Int | P1 | T | | | | | |
| 2. Coupon Treasury Receipt | | None | K | T | | | | | |
| 3. Boeing common stock | A | Dividend | K | T | | | | | |
| 4. Coca-Cola common stock | A | Dividend | K | T | | | | | |
| 5. Ford Motor common stock | A | Dividend | K | T | | | | | |
| 6. General Electric common stock | B | Dividend | L | T | | | | | |
| 7. Motorola common stock | A | Dividend | J | T | | | | | |
| 8. Sara Lee common stock | B | Dividend | K | T | | | | | |
| 9. Travelers Property Casualty CRP A | A | Dividend | | | Sold | 11/10 | J | A | |
| 10. Travelers Property Casualty CRP B | A | Dividend | | | Sold | 11/10 | J | A | |
| 11. Telefonos de Mexico common stock | | | | | Sold | 6/11 | J | C | |
| 12. ●Eurofund | | | | | Sold | 6/11 | K | A | |
| 13. Time Warner | | None | K | T | | | | | |
| 14. Templeton Foreign | A | Dividend | K | T | Buy | 6/11 | K | | |
| 15. East Cameron Block | | None | J | U | | | | | |
| 16. Michael T. Jackson Investment | A | Int/Dividend | K | U | | | | | |
| 17. Alliance Growth & Income Fund Class C | A | Dividend | M | T | Buy | 6/11 | K | | |
| 18. Federated Kaufmann ( fr. Federated Small Cap Strategies) | | None | M | T | Buy | 6/11 | K | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = $More than $50,000,000

3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. General Mills common stock | B | Dividend | K | T | | | | | |
| 20. Johnson & Johnson common stock | B | Dividend | L | T | | | | | |
| 21. McDonalds Corp. common stock | A | Dividend | J | T | | | | | |
| 22. Walt Disney Company common stock | A | Dividend | K | T | | | | | |
| 23. Microsoft common stock | A | Dividend | L | T | | | | | |
| 24. Ensco Int'l common stock | A | Dividend | K | T | | | | | |
| 25. Fannie Mae (USA) | A | Dividend | | | Sold | 6/11 | K | A | |
| 26. Freddie Mac | A | Dividend | | | Sold | 6/11 | K | A | |
| 27. U.S. Treasury Strips | | None | M | T | | | | | |
| 28. Indymac Mtg. Hldg. Inc. | | None | | | Sold | 6/11 | J | D | |
| 29. Hewlett Packard | A | Dividend | K | T | | | | | |
| 30. Staples, Inc. | | None | K | T | | | | | |
| 31. Money Market Fund | A | Interest | K | T | | | | | |
| 32. Agilent Technologies, Inc. | | None | J | T | | | | | |
| 33. Pinnacle Entertnt. Inc. | | None | J | T | | | | | |
| 34. Amer. Movil Ser. ADR | A | Dividend | J | T | | | | | |
| 35. Northrup Grumman | A | Dividend | K | T | | | | | |
| 36. Citigroup | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. ███████ Fund | D | Dividend | N | T | | | | | |
| 38. Trust #1 | B | Dividend/Int | M | T | | | | | |
| 39. Nations Gov. Reserve Trust Fund | A | Dividend | J | T | | | | | |
| 40. Nations Florida Inter Muni Fund | B | Dividend | L | T | Buy | 4/4 | K | | |
| 41. Nations Florida Inter Muni Fund | | | | | Buy | 7/23 | J | | |
| 42. Nations Marsico Growth Fund | | None | L | T | Buy | 4/4 | L | | |
| 43. Bellsouth Corp. common stock | A | Dividend | | | Sold | 4/7 | K | D | |
| 44. Eaton Corp. common stock | A | Dividend | | | Sold | 4/7 | K | E | |
| 45. Rohm Haas Co. | A | Dividend | | | Sold | 4/2 | J | A | |
| 46. Wyeth common stock | A | Dividend | | | Sold | 4/7 | K | E | |
| 47. ███████ (IRA) | C | Dividend | N | T | | | | | |
| 48. Caterpillar common stock | A | Dividend | K | T | | | | | |
| 49. Isramco common stock | | None | J | T | | | | | |
| 50. Maxwell Tech common stock | | None | J | T | | | | | |
| 51. Elan Corp. ADR | | None | J | T | | | | | |
| 52. Microchip Tech, formerly Telecom Semiconductor com stk | A | Dividend | K | T | | | | | |
| 53. Gillette Co. common stock | A | Dividend | J | T | | | | | |
| 54. Pfizer common stock | B | Dividend | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Gannett Co. common stock | A | Dividend | L | T | | | | | |
| 56. ████████Pension Account | E | Dividend | P1 | T | | | | | |
| 57. AT&T common stock | A | Dividend | J | T | | | | | |
| 58. Coca-Cola common stock | A | Dividend | K | T | | | | | |
| 59. Intel common stock | A | Dividend | L | T | | | | | |
| 60. Johnson & Johnson common stock | B | Dividend | L | T | Buy | 11/19 | J | | |
| 61. Altria Group, Inc (formerly Philip Morris common stock) | D | Dividend | M | T | Buy | 1/14 | J | | |
| 62. Sara Lee common stock | B | Dividend | L | T | Buy | 11/19 | J | | |
| 63. ██████Growth Mutual Fund | | None | K | T | | | | | |
| 64. New Perspective Mutual Fund | A | Dividend | K | T | | | | | |
| 65. JTS Corp. common stock | | None | J | T | | | | | |
| 66. General Electric | D | Dividend | M | T | | | | | |
| 67. Applied Material common stock | | None | K | T | | | | | |
| 68. Clear Channel common stock | A | Dividend | K | T | | | | | |
| 69. Dell Corp. common stock | | None | K | T | | | | | |
| 70. Safeway common stock | | None | J | T | | | | | |
| 71. Sun Microsystems common stock | | None | J | T | | | | | |
| 72. Tyco common stock | A | Dividend | K | T | | | | | |

| 1. Income-Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Oracle Corp. | | None | J | T | | | | | |
| 74. Public Storage | B | Dividend | K | T | | | | | |
| 75. AT&T Wireless | | None | J | T | | | | | |
| 76. Nokia | A | Dividend | J | T | | | | | |
| 77. Comcast Corp. | | None | K | T | | | | | |
| 78. Elan | | None | J | T | | | | | |
| 79. ▓▓▓▓ Asset ▓▓ | G | Interest/Div | P2 | T | | | | | |
| 80. Riverside County California Asset Leasing Municipal Bond | B | Interest | | | Redempt | 10/1 | L | A | |
| 81. Santa Clara County CTFS Partnership Municipal Bond | B | Interest | | | Redempt | 2/3 | L | A | |
| 82. Active Asset Money Trust Fund | B | Dividend | P1 | T | | | | | |
| 83. ▓▓▓ Growth Fund | | None | L | T | | | | | |
| 84. Alameda Co. CA CTFS | B | Interest | L | T | | | | | |
| 85. California St. General Obligation | E | Interest | O | T | | | | | |
| 86. California St. General Obligation | | | | | Buy | 9/5 | M | | |
| 87. California Health Facs. | E | Interest | N | T | | | | | |
| 88. Cisco Systems common stock | | None | M | T | | | | | |
| 89. ▓▓▓ S&P Index | A | Dividend | M | T | | | | | |
| 90. Du Pont common stock | B | Dividend | L | T | | Buy | 9/12 | K | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

Name of Person Reporting

WARDLAW, KIM M

Date of Report

5/15/2004

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 91. El Centro California Fin. Auth. | B | Interest | L | T | | | | | |
| 92. Foothill De Anza CA | B | Interest | L | T | | | | | |
| 93. La Canada CA Unified | C | Interest | L | T | | | | | |
| 94. Los Angeles Cnty CA Pub Wks | B | Interest | L | T | | | | | |
| 95. Los Angeles CA CTFS | B | Interest | L | T | | | | | |
| 96. Los Angeles CA Dept. Water | B | Interest | | | Redempt | 8/15 | K | A | |
| 97. Northern CA Power Agency | C | Interest | L | T | | | | | |
| 98. Sacramento CA Municipal | C | Interest | | | Redempt | 11/17 | L | A | |
| 99. San Francisco CA City & County Gen Oblig | B | Interest | L | T | | | | | |
| 100. San Francisco CA CY CO ARPTS | C | Interest | L | T | | | | | |
| 101. Schlumberger Ltd. common stock | A | Dividend | L | T | | | | | |
| 102. Time Warner (formerly AOL Time Warner) | | None | K | T | | | | | |
| 103. Cal Com Devel Corp | C | Interest | L | T | | | | | |
| 104. Public Storage | E | Dividend | N | T | Buy | 2/28 | K | | |
| 105. Target Corp. | A | Dividend | L | T | | | | | |
| 106. Fresno Unified School District | B | Interest | L | T | | | | | |
| 107. Hanford California Special Tax | C | Interest | L | T | | | | | |
| 108. Los Angeles CA WSTWTR System | B | Interest | | | Redempt | 6/2 | L | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Monterey County CA CTFS | B | Interest | L | T | | | | | |
| 110. Orange California CTFS Partnership | C | Interest | M | T | | | | | |
| 111. Orange County California Water District | B | Interest | | | Redempt | 8/15 | L | A | |
| 112. Palm Springs CA Fing Auth | C | Interest | M | T | | | | | |
| 113. Palos Verdes CA General Oblig | C | Interest | M | T | | | | | |
| 114. Riverside CA Elec Rev Rfdg | B | Interest | | | Redempt | 6/2 | L | A | |
| 115. Riverside Cnty CA Ctfs Partn | B | Interest | L | T | | | | | |
| 116. San Diego Co CA CTF Partn | B | Interest | L | T | | | | | |
| 117. San Diego Cnty CA Ctfs | C | Interest | M | T | | | | | |
| 118. San Francisco CA City & County Redev. | B | Interest | L | T | | | | | |
| 119. San Francisco CA Cy Cnty Airport | B | Interest | L | T | | | | | |
| 120. Southern CA Pub Power Au Mead | B | Interest | L | T | | | | | |
| 121. Sunnyvale CA Ctfs Partn | B | Interest | L | T | | | | | |
| 122. Tyco International | A | Dividend | L | T | | | | | |
| 123. Univ. California Rev Ref Ser | D | Interest | L | T | Part Redempt | 9/1 | J | A | |
| 124. Univ. California Rev Ref Ser | | | | | Part Redempt | 11/6 | K | A | |
| 125. Costa Mesa CA Pub Fing Auth Rev Ref Pub | C | Interest | M | T | | | | | |
| 126. General Electric | B | Dividend | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

|  | (1) | (2) Type | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|---|---|---|---|
| 128. Altria Group Inc. (formerly Philip Morris) | C | Dividend | L | T | | | | | |
| 129. CitiGroup | B | Dividend | L | T | | | | | |
| 130. Clear Channel Comm | A | Dividend | K | T | | | | | |
| 131. Microsoft | A | Dividend | M | T | Buy | 9/12 | K | | |
| 132. Microsoft | | | | | Buy | 11/25 | K | | |
| 133. Qualcomm Communications Int'l Inc. | A | Dividend | K | T | | | | | |
| 134. San Buenaventura CTFS | D | Interest | M | T | | | | | |
| 135. Los Angeles County Met. Trans. | C | Interest | N | T | Buy | 11/28 | M | | |
| 136. Mount Diablo, CA School District | D | Interest | M | T | | | | | |
| 137. California St. Dept. Water | C | Interest | L | T | | | | | |
| 138. East Side Uni High School | C | Interest | M | T | | | | | |
| 139. Traverlers Property | A | Dividend | J | T | Part Tender | 11/15 | J | B | |
| 140. Intel | A | Dividend | K | T | | | | | |
| 141. J. P. Morgan | B | Dividend | K | T | | | | | |
| 142. Edison International | | None | K | T | | | | | |
| 143. ███ High Yield | C | Interest | L | T | | | | | |
| 144. Anaheim Pub. Fin. Auth. | B | Interest | L | T | Buy | 1/3 | L | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| | | reporting period | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | (2) | (1) | (2) | (1) | | (2) | (3) | (4) | (5) |
| | | Amount | Type | Code 2 | | | | | | | |
| 149. | San Mateo County Trans. Dist. | D | Interest | M | T | Buy | 2/27 | M | | | |
| 150. | San Francisco City Redev-Moscone | B | Interest | M | T | Buy | 2/27 | L | | | |
| 151. | San Francisco City Redev-Moscone | | | | | Buy | 9/8 | L | | | |
| 152. | West Sacto Redev. Tax Alloc. | B | Interest | L | T | Buy | 2/27 | L | | | |
| 153. | North of the River San. Dist. | B | Interest | L | T | Buy | 6/12 | L | | | |
| 154. | Hillsborough Sch. Dist. | | None | L | T | Buy | 7/9 | M | | | |
| 155. | Sacto Fin. Auth. Rev. | C | Interest | M | T | Buy | 9/3 | M | | | |
| 156. | ▮▮▮ So. Cal. Rev. | | None | M | T | Buy | 9/3 | M | | | |
| 157. | California State Public Works | C | Interest | M | T | Buy | 9/3 | M | | | |
| 158. | Santa Cruz Co. Redev. | | None | L | T | Buy | 9/4 | L | | | |
| 159. | Univ. California Gen. Rev. | | None | M | T | Buy | 9/9 | M | | | |
| 160. | La Canada CTFS-City Hall | C | Interest | M | T | Buy | 9/16 | M | | | |
| 161. | Oakland School District | | None | M | T | Buy | 9/16 | M | | | |
| 162. | San Diego Redev. Agency Tax Alloc. | | None | M | T | Buy | 9/16 | M | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,0..

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 163. California Ed. FACS Auth. | | None | M | T | Buy | 9/17 | M | | |
| 164. Cucamonga Water District CTFS | | None | M | T | Buy | 9/17 | M | | |
| 165. Orange County Water District CTFS | | None | M | T | Buy | 9/17 | M | | |
| 166. Sacto Mun. Util. Dist. | B | Interest | M | T | Buy | 9/17 | M | | |
| 167. Santa Barbara Redev. Tax Allec. | | None | M | T | Buy | 11/19 | M | | |
| 168. Contra Costa County Pub. Fin. | B | Interest | L | T | Buy | 11/19 | L | | |
| 169. California Water Res. Dev. | | None | L | T | Buy | 11/24 | L | | |
| 170. El Segundo School Dist. | | None | M | T | Buy | 11/24 | M | | |
| 171. Los Angeles DWP - Power Syst. | | None | L | T | Buy | 11/26 | L | | |
| 172. Oceanside CFTS Waste Wtr. | | None | L | T | Buy | 12/2 | L | | |
| 173. Murrieta Vy. Sch. Dist. | A | Interest | L | T | Buy | 6/12 | L | | |
| 174. DPL Inc. | A | Dividend | L | T | Buy | 6/30 | K | | |
| 175. DPL Inc. | | | | | Buy | 9/12 | K | | |
| 176. Exxon Mobile | | None | K | T | Buy | 11/25 | K | | |
| 177. Wal Mart | A | Dividend | L | T | Buy | 9/12 | L | | |
| 178. Freeman Spogli & Co. | | None | | | Dissolved | 12/31 | J | A | |
| 179. FS Equity Partners III | A | Interest | P1 | U | | | | | |
| 180. AV Partnership; Partnership Interest | | None | K | U | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3) N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2) U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. AV Development common stock | | None | K | U | | | | | |
| 182. CB Commercial common stock | | None | N | U | | | | | |
| 183. The Pantry, Inc. common stock | | None | N | U | | | | | |
| 184. AFC Enterprises common stock | | None | M | U | | | | | |
| 185. Asbury Automotive common stock | | None | M | U | | | | | |
| 186. Miller Publishing llc interests | | None | N | U | | | | | |
| 187. Hudson RCI common stock | | None | L | U | | | | | |
| 188. FS Management Co., L.P. (L.P. Interest) | A | Interest | J | U | | | | | |
| 189. FS & Co. Management, L.P. (L.P. Interest) | B | Interest | L | U | | | | | |
| 190. Freeman Spogli & Co., Incorp. common stock | A | Interest | J | U | | | | | |
| 191. FS Equity Partners IV | F | Dividend/Int | P1 | U | | | | | |
| 192. Freeman Spogli & Co. LLC | A | Interest | L | U | | | | | |
| 193. Hudson RCI common stock | | None | O | U | | | | | |
| 194. Advance Auto common stock | | None | K | U | | | | | |
| 195. Advance Auto | | | | | Partial Sale | 6/10 | ● | G | |
| 196. Advance Auto | | | | | Partial Sale | 8/28 | P1 | H1 | |
| 197. Advance Auto | - | | | | Partial Sale | 9/10 | P1 | H1 | |
| 198. Advance Auto | | | | | Partial Sale | 11/24 | P1 | H1 | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:            J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
                           P3 = $25,000,001-$50,000,000                P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal          R = Cost (Real Estate Only)  S = Assessment         T = Cash/Market
   (See Column C2)          U = Book Value         V = Other              W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 199. Advance Auto | | | | | Partial Sale | 12/11 | N | G | |
| 200. Advance Auto | | | | | Partial Sale | 12/29 | O | G | |
| 201. Asbury Automotive common stock | | None | M | U | | | | | |
| 202. The Pantry common stock | | None | M | U | | | | | |
| 203. Century Maintenance common stock | | None | | | Sale | 12/23 | P1 | H1 | |
| 204. AFC Enterprises common stock | | None | K | U | | | | | |
| 205. Miller Pub common stock | | None | K | U | | | | | |
| 206. Galyan's Co. common stock | | None | M | U | | | | | |
| 207. Micro Warehouse | | None | N | U | | | | | |
| 208. Sur La Table | | None | M | U | Buy | 4/17 | K | | |
| 209. Ross-Simmons | | None | N | U | | | | | |
| 210. Riordan Venture Assoc. (L.P. Int.) | B | Int/Divend | M | U | | | | | |
| 211. Financial Pacific Inc. stock | | None | J | U | | | | | |
| 212. RHL Learn preferred stock, sub debt (Store of Knowledge) | | None | K | U | | | | | |
| 213. Elkay common stock | | None | | | Sell | 12/16 | K | E | |
| 214. Corda Med common notes | | None | K | U | | | | | |
| 215. RLH Silverado Dividend Pref. stock debt | | None | K | U | | | | | |
| 216. Physical Rehabilitation | | None | J | U | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. Axcelerant | | None | J | U | | | | | |
| 218. Foundstone | | None | J | U | Buy | 12/22 | J | | |
| 219. Ascolta | | None | J | U | | | | | |
| 220. Bradshaw | | None | J | U | Buy | 5/15 | J | | |
| 221. Intri-Plex Tech. | | None | J | U | Buy | 9/25 | J | | |
| 222. Systems Management | | None | J | U | Buy | 11/19 | J | | |
| 223. ITS Corp. | | None | J | T | Buy | 7/3 | J | | |
| 224. Bistro 45 common stock | A | Dividend | J | U | | | | | |
| 225. ▆▆▆▆▆▆▆▆▆ RetireAccts 401k-profit sh | C | Dividend | N | T | | | | | |
| 226. Pacific Growth Fund (Mutual Fund) | | None | J | T | | | | | |
| 227. Liquid Asset Account Trust Fund | A | Dividend | J | T | | | | | |
| 228. Philips Elect NV | A | Dividend | K | T | | | | | |
| 229. Hewlett Packard (formerly Compaq Computer Corp.) | A | Dividend | J | T | | | | | |
| 230. Procter & Gamble | B | Dividend | L | T | Buy | 1/21 | J | | |
| 231. Cendant Corporation | | None | K | T | | | | | |
| 232. Safeway common stock | | None | J | T | | | | | |
| 233. Sun Microsoft common stock | | None | K | T | | | | | |
| 234. CVS Corp. common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | A. | | (2) | (1) | (2) | | | | from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (2) | (3) | Gain (A-H) | |
| 237. | Altria Group (formerly Philip Morris) | B | Dividend | K | T | | | | | | |
| 238. | Cisco Sys common stock | | None | J | T | | | | | | |
| 239. | Clear Channel common stock | A | Dividend | J | T | | | | | | |
| 240. | Smuckers | A | Dividend | J | T | | | | | | |
| 241. | Agere Systems | | None | J | T | | | | | | |
| 242. | Time Warner | | None | K | T | Buy | 1/21 | K | | | |
| 243. | Charles Schwab | B | Dividend | M | T | | | | | | |
| 244. | American Century Income and Growth | A | Dividend | K | T | | | | | | |
| 245. | Gabelli Small Cap Growth | A | Dividend | K | T | | | | | | |
| 246. | Sound Shore Fund | A | Dividend | J | T | | | | | | |
| 247. | Strong Schafer Value | A | Dividend | J | T | | | | | | |
| 248. | Hotchkiss & Wiley Small Cap Fund | A | Dividend | K | T | | | | | | |
| 249. | Baron Asset Fund | | None | J | T | | | | | | |
| 250. | Gabelli Growth Fund | | None | J | T | | | | | | |
| 251. | Wells Fargo Int'l Equity (formerly Montgomery Int'l Growth) | | None | J | T | | | | | | |
| 252. | Northeast Investors | A | Dividend | J | T | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 253. Oak Value Fund | | None | J | T | | | | | |
| 254. Scudder Emerging Markets | B | Dividend | J | T | | | | | |
| 255. Scudder Growth & Income | A | Dividend | J | T | | | | | |
| 256. Scudder Greater Europe Growth | A | Dividend | J | T | | | | | |
| 257. Scudder Hi Yield Tax Free | | None | J | T | | | | | |
| 258. Columbia Growth (formerly Liberty Growth) | A | Dividend | J | T | | | | | |
| 259. Schwab Int. Mkt. | A | Dividend | J | T | | | | | |
| 260. R&M Encelle Partners (Partnership Interest) | | None | J | U | | | | | |
| 261. Trust #2 | | None | J | T | | | | | |
| 262. Growth Fund of America | | None | J | T | | | | | |
| 263. Trust #3 | B | Dividend | L | T | | | | | |
| 264. ▮▮Global Advantage Fund ▮▮▮<br>Competitive Edge Fund) | | None | K | T | | | | | |
| 265. ▮▮ividend Growth | A | Dividend | K | T | | | | | |
| 266. High Yield Securities | A | Dividend | J | T | | | | | |
| 267. General Electric | A | Dividend | K | T | | | | | |
| 268. ▮▮Fund | A | Dividend | K | T | Buy | 7/21 | K | | |
| 269. Trust #4 | B. | Dividend | L | T | | | | | |
| 270. ▮▮Global Advantage Fund ▮▮<br>Competitive Edge Fund) | | None | K | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. ▪▪▪ Dividend Growth | A | Dividend | K | T | | | | | |
| 272. High Yield Securities | A | Dividend | J | T | | | | | |
| 273. General Electric | A | Dividend | J | T | | | | | |
| 274. ▪▪▪ Fund | A | Dividend | K | T | Buy | 7/21 | K | | |
| 275. Trust #5 | A | Dividend | N | T | | | | | |
| 276. ▪▪▪ Dividend Growth | A | Dividend | M | T | Buy | 9/12 | L | | |
| 277. ▪▪▪ Dividend Growth | | | | | Buy | 11/25 | K | | |
| 278. ▪▪▪ Small-Mid. Val. Fund | | None | L | T | Buy | 9/16 | K | | |
| 279. ▪▪▪ Smal-Mid Val. Fund | | | | | Buy | 11/25 | K | | |
| 280. Amer. Inv. Co. of Amer. | A | Dividend | M | T | Buy | 9/12 | L | | |
| 281. Amer. Inv. Co. of Amer. | | | | | Buy | 12/17 | K | | |
| 282. ▪▪▪ Active Money Trust | A | Dividend | M | T | | | | | |
| 283. Trust #6 | A | Dividend | N | T | | | | | |
| 284. ▪▪▪ Dividend Growth | A | Dividend | N | T | Buy | 9/12 | L | | |
| 285. ▪▪▪ Dividend Growth | | | | | Buy | 11/25 | K | | |
| 286. ▪▪▪ Small-Mid. Val. Fund | | None | L | T | Buy | 9/16 | K | | |
| 287. ▪▪▪ Smal-Mid Val. Fund | | | | | Buy | 11/25 | K | | |
| 288. Amer. Inv. Co. of Amer. | A | Dividend | M | T | Buy | 9/12 | L | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. Amer. Inv. Co. of Amer. | | | | | Buy | 12/17 | K | | |
| 290. ▓▓▓▓Active Money Trust | A | Dividend | M | T | | | | | |
| 291. Real Estate Partnership | | None | M | U | | | | | |
| 292. Real Estate Partnership | | None | | | Sale | 2/17 | M | G | |
| 293. Real Estate Partnership | | | | | Buy | 12/22 | O | | |
| 294. Dorset Capital Partnership Invest | A | Interest | L | U | Buy | 1/3 | J | | |
| 295. Cash | B | Interest | M | T | | | | | |
| 296. ▓▓▓▓Checking | A | Interest | K | T | | | | | |
| 297. ▓▓▓▓Checking | B | Interest | P1 | T | | | | | |
| 298. Fargo Investment Partnership | | None | L | U | Buy | 6/11 | J | | |
| 299. | | | | | Buy | 10/19 | J | | |
| 300. | | | | | Partial Sale | 7/22 | J | B | |
| 301. R & M Catalytic Solutions | | None | L | U | Buy | 5/8 | K | | |
| 302. Bulldog Partners | A | Interest | L | U | | | | | |
| 303. Regents Banshares | | None | L | U | Buy | 8/15 | K | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date 6-14-04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544